**MANDATE**

N.Y.S.D. Case #
14-cv-9841(LAP)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of April, two thousand and fifteen,

_____

Diane Word,

     Petitioner,

v.

State of New York, Department of Corrections and Community Supervision, Sheryl L. Zenzen, Superintendent of Albion Correctional Facility,

     Respondents.

_____

ORDER
Docket No. 15-689

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 24, 2015

     Petitioner was notified on March 9, 2015 that a second or successive motion or petition for a writ of habeas corpus challenging a federal or state conviction or sentence must not be filed in the United States District Court absent authorization from the Court of Appeals. Applicant was advised that the application must be filed with the Court of Appeals within 45 days of the date of the notice. See 28 U.S.C. § 2244, § 2254, 2255; Local Rule 22.2

     Applicant is in default of filing the application.

     IT IS HEREBY ORDERED that the underlying petition will be denied effective May 14, 2015 if the application is not filed by that date. Liriano v. United States, 95 F. 3d 119 (2d Cir. 1996). Any motions pending prior to the date of denial will be deemed moot.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/24/2015